Appliance Buyers Credit Corporation, Plaintiff-Appellee, v. Park State Bank, Defendant-Appellant.

Park State Bank, Third-Party Plaintiff-Appellee, v. Central National Bank & Trust Company, Third-Party Defendant-Appellant.

Gen. No. 69–148.

Second District.

March 19, 1970.

Yalden and Ridings, of Rockford, for appellant; Maynard & Brassfield, Eugene E. Brassfield, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.